UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER SINCLAIR WRIGHT, an individual,<br><br>                      Plaintiff,<br><br>       vs.<br><br>CHRISTOPHER GREGORIO, in his individual and official capacity as a Seattle Police Department Officer; MICHAEL LARNED, in his individual and official capacity as a Seattle Police Department Officer; MICHAEL BONET, in his individual and official capacity as a Seattle Police Department Officer; ERNEST JENSEN, in his individual and official capacity as a Seattle Police Department Officer; SYLVIA PARKER, in his individual and official capacity as a Seattle Police Department Officer; WILLIAM WALTZ, in his individual and official capacity as a Seattle Police Department Officer; JAMES THOMSEN, in his individual and official capacity as a Seattle Police Department Officer; VASILIOS SIDERIS, in his individual and official capacity as a Seattle Police Department Officer; BRIAN HUNT, in his individual and official capacity as a Seattle Police Department Officer; EVAN EHRING, in his individual and official capacity as a Seattle Police Department Officer; TIMOTHY BRENTON, in his individual and official capacity as a Seattle Police Department Officer; THE CITY OF SEATTLE, a municipal corporation; and DOES 1-10,<br><br>                      Defendants. | No.    18-CV-1006-RSM<br><br>STIPULATED ORDER TO EXTEND PRELIMINARY DEADLINES FOR 30 DAYS AFTER DISPOSITION OF DEFENDANT'S MOTION TO DISMISS |

STIPULATED ORDER TO EXTEND PRELIMINARY DEADLINES FOR 30 DAYS AFTER DISPOSITION OF DEFENDANT'S MOTION TO DISMISS - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

This stipulation is at the request of Pro se Plaintiff, ROGER SINCLAIR WRIGHT. The parties hereby stipulate to make all preliminary deadlines set forth in the Court's July 27, 2018 Order due 30 days after disposition of Defendant's Motion to Dismiss noted for September 28, 2018.

This request is for good cause to accommodate Pro se Plaintiff, ROGER SINCLAIR WRIGHT to await disposition of Defendant's Motion to Dismiss before engaging in further litigation on this action.

NOW, THEREFORE IT IS HEREBY ORDERED that the deadlines set forth in the Court's July 27, 2018 Order Regarding Initial Disclosures, Joint Status Reports, and Early Settlement are continued for 30 days after disposition of Defendant's Motion to Dismiss.

Dated this 24th day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

PETER S. HOLMES
Seattle City Attorney

*s/ Erika Evans*
Erika Evans, WSBA# 51159
Assistant City Attorney
E-mail: Erika.Evans@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
*Attorney for Defendant City of Seattle*

STIPULATED ORDER TO EXTEND PRELIMINARY DEADLINES FOR 30 DAYS AFTER DISPOSITION OF DEFENDANT'S MOTION TO DISMISS - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200